No. 914. ORLANDO LEE CLEVELAND *v.* ROBERT MATTINGLY, JUDGE, ETC. April 16, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. T. Morris Wampler* for petitioner. No appearance for respondent.

No. 929. CENTRAL UNION TRUST COMPANY OF NEW YORK *v.* WILLIAM H. EDWARDS, AS COLLECTOR, ETC. April 16, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John M. Perry* and *Mr. Arthur H. Van Brunt* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for respondent.

No. 965. DUNCAN BEATON *v.* DULUTH, WINNIPEG & PACIFIC RAILWAY COMPANY. April 16, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. Frederick M. Miner* for petitioner. *Mr. W. D. Bailey, Mr. Oscar Mitchell* and *Mr. A. C. Gillette* for respondent.

No. 969. CUNO H. RUDOLPH ET AL., COMMISSIONERS, ETC. *v.* CHARLES E. HUNT ET AL. April 16, 1923. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. F. H. Stephens, Mr. R. L. Williams* and *Mr. George P. Barse* for petitioners. No appearance for respondents.

No. 873. T. J. BELL *v.* UNITED STATES. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jed C. Adams*